IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JAY CONNOR, | ) CASE NO. 2:13-CV-03524-CWH-BHH |
| | ) |
| Plaintiff, | ) JUDGE C. WESTON HOUCK |
| | ) |
| v. | ) MAGISTRATE JUDGE BRUCE HOWE |
| | ) HENDRICKS |
| DISH NETWORK L.L.C. AND JOHN DOE, | ) |
| | ) **NOTICE OF SETTLEMENT AND** |
| Defendants. | ) **STIPULATED ENTRY OF DISMISSAL** |
| | ) **WITH PREJUDICE** |

The parties having settled this matter, Plaintiff Jay Connor ("Plaintiff") and Defendant DISH Network L.L.C. stipulate and agree that the above-captioned action is dismissed with prejudice against Defendant DISH Network L.L.C. with each party to bear his or its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]

---

[1] In accordance with Local Civil Rule 17.02 DSC, none of the parties to the above-captioned action is a minor or incompetent person. Therefore, no requirement exists for an Order of Approval entered by the Court.

_____
Jay Connor
Post Office Box 20302
Charleston, SC 29413
jayc650@gmail.com

*Plaintiff*

/s/ *Mary D. LaFave*
MARY DANIEL LAFAVE, DCID #10316
ROBERT CANNA BLAIN, DCID #11470
Gaffney Lewis and Edwards, LLC
3710 Landmark Drive, Suite 109
Columbia, South Carolina 29204
803-790-8838 (office)
803-790-8841 (fax)

/s/ *Eric L. Zalud*
ERIC LARSON ZALUD
*Admitted Pro Hac Vice*
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4178
Facsimile: (216) 363-4588
ezalud@beneschlaw.com

/s/ *Benjamen E. Kern*
BENJAMEN E. KERN
*Admitted Pro Hac Vice*
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215
614-223-9300 Telephone
614-223-9330 Facsimile
bkern@beneschlaw.com

*Attorneys for DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of June 2014, the foregoing NOTICE OF SETTLEMENT AND STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE was served via electronic mail on the following:

>Jay Connor
>Post Office Box 20302
>Charleston, SC 29413
>jayc650@gmail.com
>
>*Plaintiff*

>/s/ *Eric L. Zalud*
>Eric L. Zalud
>*Attorney for DISH Network L.L.C.*

3

8153335 v2